IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN E. CHILDS,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 24-CV-6754 |
| CURRAN FROMHOLD<br>CORRECTIONAL FACILITY, *et al.*,<br>    Defendants. | :<br>:<br>:<br>: |

## ORDER

AND NOW, this 11th day of March, 2025, upon consideration of Plaintiff Stephen E. Childs's *pro se* Motion to Amend Complaint (ECF No. 5), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 6) is **DENIED as moot** because he has paid the filing fee in full. (*See* ECF No. 4.)

2. Childs's Motion to Amend Complaint (ECF No. 5) is **GRANTED**.

3. The Amended Complaint is **DEEMED** filed.

4. The Clerk of Court is **DIRECTED** to restrict access to view Childs's initial Complaint (ECF No. 1) to court users only because it contains Personally Identifiable Information. Pursuant to this Court's Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper."[1]

5. Childs's Amended Complaint (ECF No. 5) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for failure to state a claim, pursuant

---

[1] This District's local rules are available online at: https://www.paed.uscourts.gov/local-rules

to 28 U.S.C. § 1915(A), for the reasons stated in the Court's accompanying Memorandum as follows:

    a. Any claims brought on behalf of others are **DISMISSED WITHOUT PREJUDICE**, and those individuals may file suit if they wish to do so.[2]

    b. All remaining claims are **DISMISSED WITH PREJUDICE**.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

    /s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**

---

[2] The Court expresses no opinion on the merits of any such lawsuit.